IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 11 2013
DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR 94 |
| | § | Judge Schell |
| LAWRENCE MICHAEL DAY (1) | § | |
| DONNA SHIRLEY COBB (2) | § | |
| BRYAN JEROME SCOTT (3) | § | |
| MICHAEL JEROME EDWARDS (4) | § | |
| SCOTT CAMERON SHERMAN (5) | § | |
| DONALD LEE MATTOX (6) | § | |

**NOTICE OF CASE ASSOCIATION**

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Richard A. Schell, to whom the following related case is assigned:

1. United States v. Michael Jerome Edwards and Cheri Joann Edwards, Cause No. 4:12CR216.

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this the 10th day of April, 2013.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

CHRISTOPHER A. EASON
Assistant United States Attorney