**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF TEXAS

**DAVID J. BRADLEY**
CLERK OF COURT

P.O. BOX 61010
HOUSTON, TEXAS 77208

April 19, 2013

CLERK, U.S. DISTRICT COURT
RECEIVED
APR 29 2013
EASTERN DISTRICT OF TEXAS

United States District Court
Texas Eastern District Court
101 East Pecan Street 1st Floor
Sherman TX 75090

RE: USA v Bryan Jerome Scott 4:13cr94
SDTX Houston 4:13mj416

Dear Clerk of Court,

Enclosed please find the Federal Rules of Criminal Procedure Rule 5 documents regarding the case referred.

Please sign and return a copy of this letter in the enclosed envelope. Thank you in advance for your prompt attention to this matter.

Received by: Thompson Date: 4/29/13

Kathleen Murphy
Judicial Specialist