CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:13-mj-00416 All Defendants
# Internal Use Only

Case title: USA v. Scott
Other court case number: 4:13cr94 Eastern District of Texas - Sherman

Date Filed: 04/18/2013
Date Terminated: 04/19/2013

---

Assigned to: Magistrate Judge Nancy K. Johnson

**Defendant (1)**

**Bryan Jerome Scott**
*Bond*
*TERMINATED: 04/19/2013*

represented by **Federal Public Defender - Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: hou_ecf@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By Kathleen Murphy
Deputy Clerk

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2013 | | Arrest (Rule 40) of Bryan Jerome Scott, filed. (kmurphy, ) (Entered: 04/19/2013) |
| 04/18/2013 | 1 | Copy of Indictment/Arrest warrant Eastern District of Texas (Sherman) as to Bryan Jerome Scott, filed.(kmurphy, ) (Entered: 04/19/2013) |
| 04/18/2013 | 2 | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 4/18/2013 before Magistrate Judge Nancy K. Johnson as to Bryan Jerome Scott. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of partial reimbursement to follow. Waiver of Identity executed. Unsecured Bond set $50,000.00. Bond executed defendant released. Appearances:AUSA Rick Hanes f/USA; AFPD Peter Bray f/Deft.(ERO:R Saldana) (Interpreter:No) Deft continued on bond, filed.(kmurphy, ) (Entered: 04/19/2013) |
| 04/18/2013 | 3 | Sealed Financial Affidavit CJA 23 by Bryan Jerome Scott, filed. (Entered: 04/19/2013) |
| 04/18/2013 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, ) (Entered: 04/19/2013) |
| 04/18/2013 | 5 | ORDER for Partial Reimbursement of Court Appointed Counsel in the amount of $$200.00 a month not to exceed $2,500.00 as to Bryan Jerome Scott ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, ) (Entered: 04/19/2013) |
| 04/18/2013 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Bryan Jerome Scott, filed. (kmurphy, ) (Entered: 04/19/2013) |
| 04/18/2013 | 7 | Unsecured Bond Entered as to Bryan Jerome Scott in amount of $ $50,000.00,, filed. (kmurphy, ) (Additional attachment(s) added |

| | | |
|---|---|---|
| | | on 4/19/2013: # 1 Unredacted) (kmurphy, ). (Entered: 04/19/2013) |
| 04/18/2013 | 9 | ORDER Setting Conditions of Release ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, ) (Additional attachment(s) added on 4/19/2013: # 1 Unredacted) (kmurphy, ). (Entered: 04/19/2013) |
| 04/19/2013 | 8 | Pretrial Services Report (Sealed) as to Bryan Jerome Scott, filed. (vsemien, ) (Entered: 04/19/2013) |
| 04/19/2013 | 10 | RULE 5 Papers sent to Eastern District of Texas Sherman Division as to Bryan Jerome Scott, filed.(kmurphy, ) (Entered: 04/19/2013) |
| 04/19/2013 | | (Court only) ***Case Terminated as to Bryan Jerome Scott (kmurphy, ) (Entered: 04/19/2013) |