Case 4:13-mj-00416 Document 2 Filed in TXSD on 04/18/13 Page 1 of 1

**COURTROOM MINUTES:**

Clerk, U.S. District Court
Southern District of Texas
Filed 4/18/13

**The Honorable Nancy K. Johnson Presiding**

Deputy Clerk: Shannon Butler
Interpreter Present? ☐ Yes ☑ No ERO R SADANA
USPT/USPO
☑ OTHER DISTRICT ☐ DIVISION EASTERN DIST OF TX THEIR CASE# 4:13CR94
OPEN 2:33 ADJOURN 2:48PM

**PROCEEDING HELD:**

☑ Initial Appearance ☐ Counsel Determination Hearing ☐ Status Hearing
☐ Bond Hearing ☐ Identity ☐ Hearing Continued on ____
☐ Detention Hearing ☐ Preliminary Hearing ☐ Other ____

**CASE NUMBER** ☐ CR ____ ☑ MJ 4:13-MJ-463

**DEFT:** BRYAN JEROME SCOTT

**AUSA:** RICK HANES (DUTY)
PETER BRAY (DUTY)

☐ Date of arrest ____ ☑ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment ☐ Information ☐ Complaint
Violation of ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared ☑ with ☐ without counsel
☑ Defendant requests appointed counsel. ☑ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender ☐ Order appointing private counsel to follow.
☑ Order of partial reimbursement to follow. ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. ____

☑ Defendant $50,000 bond set ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $____ Deposit
☐ Defendant ____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant ____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Surety signatures required as to Defendant(s) ____.
☑ Defendant(s) ____ advised of conditions of release
☑ BOND EXECUTED and Defendant ____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ____
☐ Order of Detention Pending Trial entered as to Defendant(s) ____.
☐ Bond revoked ☐ Bond reinstated ☐ Bond Continued
☐ Defendant ____ remanded to custody ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

Defendant ✓ Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

☐ Defendant(s) ____ is/are scheduled on ____ at ____ for:
☐ Arraignment ☐ Counsel Determination Hearing ☐ Identity Hearing
☐ Detention Hearing ☐ Preliminary Hearing ☐ Final Revocation Hearing
☐ ____ Hearing