IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| V. | § | Criminal No. 4:13mj416-3 |
| | § | |
| BRYAN JEROME SCOTT | § | |
| | § | |

## ORDER APPOINTING COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, is hereby appointed to represent this person in the above designated case.

Date: 04/18/13

Nancy K. Johnson
United States Magistrate Judge

BY ORDER OF THE COURT

SHANNON BUTLER
Deputy Clerk