UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Crim No. ~~H~~- 4:13mj416-3 |
| | § | |
| Bryan Jerome Scott | § | |
| | § | |

## ORDER FOR PARTIAL REIMBURSEMENT OF COURT APPOINTED COUNSEL

Upon review of Defendant's Financial Affidavit, the Court has determined that the Defendant qualifies for court appointed counsel in accordance with the Criminal Justice Act. At the same time, the Court feels that the Defendant is able to make financial contribution towards his/her legal representation. It is therefore,

ORDERED that Defendant pay $200.00 per month, in the form of a money order or cashier's check, made payable to Clerk, U.S. District Court. Such payment shall be mailed to U.S. District Court, Financial Section, P.O. Box 61010, Houston, Texas 77208 on or before the 20th day of each month, Not to exceed $2,500.00

Alternatively, Defendant is Ordered to make a one-time payment in the amount of $________ which shall be forwarded to the above address within 30 days after entry of this Order.

SIGNED on April 18 2013

Nancy K. Johnson
United States Magistrate Judge