IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:13cr94 |
| | § | |
| DAY, ET AL | § | |
| | § | |

**ORDER GRANTING DEFENDANTS' MOTIONS FOR CONTINUANCE**

Before the court are the Defendants' motions for continuance [de#46, 47, 49, 50, 51, 52]. The court finds as follows:

1. The requests for continuance are made knowingly, intelligently and voluntarily;
2. There are no objections by the Government to a continuance of the case;
3. The ends of justice served by granting the Defendants' requests outweigh the best interest of the public and the Defendants in a speedy trial; and
4. This continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.
5. This continuance is also required because this case is a complex mortgage fraud case involving extensive discovery and many documents and witnesses.

Defendants' motions are **GRANTED,** and this case is **RESET** for pretrial hearing on **Tuesday, September 3, 2013, at 9:00 a.m. IN THE INTEREST OF JUDICIAL ECONOMY, this order will apply to the following defendants in this case: Lawrence Michael Day (1), Donna Shirley Cobb (2), Bryan Jerome Scott (3), Michael Jerome Edwards (4), Scott Cameron Sherman (5), Donald Lee Mattox (6).**

**SIGNED this the 31st day of May, 2013.**

Richard A. Schell

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE