IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:13cr94 |
| | § | |
| DONNA COBB (2) | § | |
| SCOTT CAMERON SHERMAN (5) | § | |

**ORDER GRANTING DEFENDANTS' MOTIONS FOR CONTINUANCE**

Before the court are the Defendants' motions for continuance [de#64, 66]. The court finds as follows:

1. The requests for continuance are made knowingly, intelligently and voluntarily;
2. There are no objections by the Government to a continuance of the case;
3. The ends of justice served by granting the Defendants' requests outweigh the best interest of the public and the Defendants in a speedy trial; and
4. This continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

Defendants' motions are **GRANTED,** and this case is **RESET** for pretrial hearing on **Monday, November 4, 2013, at 9:00 a.m. IN THE INTEREST OF JUDICIAL ECONOMY, this order will apply to the following defendants in this case: Lawrence Michael Day (1), Donna Shirley Cobb (2), Bryan Jerome Scott (3), Michael Jerome Edwards (4), Scott Cameron Sherman (5), Donald Lee Mattox (6).**

**SIGNED this the 30th day of August, 2013.**

Richard A. Schell

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE